UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN DOE,

                         Plaintiff,

        v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES et al.,

                         Defendants.

CASE NO. 2:26-cv-00290-TL

ORDER ON MOTION TO PROCEED
UNDER PSEUDONYM

This matter is before the Court on Plaintiff's Motion to Proceed Under Pseudonym. Dkt. No. 3. Defendants have not responded to or otherwise opposed Plaintiff's motion. Having considered the reasons provided by Plaintiff for the request, the lack of any opposition from Defendants, and the lack of prejudice to Defendants if Plaintiff's request is granted, the Court finds Plaintiff's request reasonable and appropriate. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000) (discussing factors to consider when evaluating requests for anonymity).

Therefore, Plaintiff's Motion to Proceed Under Pseudonym (Dkt. No. 3) is GRANTED.

Dated this 1st day of April, 2026.

_____
Tana Lin
United States District Judge

ORDER ON MOTION TO PROCEED UNDER PSEUDONYM – 1