The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN DOE,

                    Plaintiff,

          v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES;
DEPARTMENT OF HOMELAND
SECURITY; JOSEPH B. EDLOW, in his
official capacity as Director of USCIS;
MARKWAYNE MULLIN[1], in his official
capacity as Secretary of Homeland Security;
JULIO HERNANDEZ[2], in his official capacity
as the USCIS Field Office Director of Seattle,

                    Defendants.

CASE NO.  2:26-cv-00290-TL

STIPULATED MOTION TO STAY AND
[PROPOSED] ORDER

NOTED FOR CONSIDERATION:
APRIL 8, 2026

For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 60 days. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Federal Respondents substitute Department of Homeland Security Secretary Markwayne Mullin for Kristi Noem.

[2] Pursuant to Fed. R. Civ. P. 25(d), Federal Respondents substitute Seattle Field Office Director, U.S. Immigration and Customs Enforcement Julio Hernandez for Cammilla Wamsley

STIPULATED MOTION TO STAY AND [PROPOSED] ORDER
[2:26-cv-00290-TL] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

and Immigration Services ("USCIS") to adjudicate his Form N-400, Application for Naturalization. Plaintiff has yet to sit for a naturalization interview with USCIS, which is his next step in the administrative process. USCIS is presently working to complete screening and vetting processes so that Plaintiff can be scheduled for this interview.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

The parties agree to a stay of this case for 60 days while USCIS works to schedule a naturalization interview for Plaintiff. Allowing this time for USCIS to schedule an interview under these circumstances promotes the efficient resolution of Plaintiff's claims and conserves judicial resources. For good cause, the parties therefore request additional time to allow for the USCIS to schedule an interview of the Plaintiff pursuant to his N-400 application.

//

//

//

//

//

//

//

//

//

//

STIPULATED MOTION TO STAY AND [PROPOSED] ORDER
[2:26-cv-00290-TL] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Dated this 8th day of April, 2026.

LOTUS LAW GROUP, PLLC

s/ Anthony Ravani
ANTHONY RAVANI, WSBA No. 39291
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Phone: (425) 260-4356
Email: tony@lotus-lawgroup.com

KAMELI LAW, P.C.

s/ Taher Kameli
TAHER KAMELI, Pro Hac Vice
P.O. Box 16680
Chicago, IL 60616
Phone: (312) 233-1000
Email: taher@kameli.com

Attorneys for Plaintiff

s/ Shaun Pehl
SHAUN PEHL, WA No. 45534
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3665
Fax:    206-553-4073
Email: shaun.pehl@usdoj.gov

Attorney for Defendants

I certify that this memorandum contains 251 words, in compliance with the Local Rules.

## ORDER

The case is stayed.  The parties shall submit a status update within 60 days of this Order.

It is so **ORDERED**.

Dated this 9th day of April 2026.

_____
TANA LIN
United States District Judge

STIPULATED MOTION TO STAY AND [PROPOSED] ORDER
[2:26-cv-00290-TL] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970