The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN DOE,

                    Plaintiff,

          v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*

                    Defendants.

CASE NO.  2:26-cv-00290-TL

STIPULATED MOTION TO DISMISS
AND REMAND AND [~~PROPOSED~~]
ORDER

NOTED FOR CONSIDERATION:
MAY 29, 2026

Plaintiff John Doe brought this action pursuant to the Administrative Procedures Act, 5 U.S.C. §§ 706(1), 706(2)(C), and the Mandamus Act, 28 U.S.C. § 1361, alleging that the United States Citizenship and Immigration Services ("USCIS") failed to adjudicate his Form N-400, Application for Naturalization. The parties have reached an agreement that will resolve this case in its entirety.

The parties, by and through their respective counsel, hereby jointly stipulate and move to dismiss this matter without prejudice, without fees or costs to either party, and request that the Court remand the matter to USCIS. USCIS agrees that it will issue a notice and conduct an interview within 30 days of a remand order. USCIS further agrees that it will finally adjudicate

STIPULATED MOTION TO DISMISS AND REMAND AND
[~~PROPOSED~~] ORDER
[2:26-cv-00290-TL] - 1

**UNITED STATES ATTORNEY**
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
253-428-3665

and issue a decision on Plaintiff's application for naturalization within 90 days after remand.

Accordingly, the parties have resolved all outstanding issues and further judicial intervention is unnecessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated this 29th day of May, 2026.

LOTUS LAW GROUP

s/ Anthony Ravani
ANTHONY RAVANI
800 5th Avenue, Suite 4100
Seattle, WA 98104
Email: tony@Lotus-lawgroup.com

KAMELI LAW, P.C.

s/ Taher Kameli
TAHER KAMELI
P.O. Box16680
Chicago, IL 60616
Phone: (312) 233-1000
Email: jon@wasden.law

Attorneys for Plaintiff

s/ Shaun Pehl
SHAUN PEHL, WA No. 45534
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3665
Fax:    206-553-4073
Email: shaun.pehl@usdoj.gov

Attorney for Defendants

I certify that this memorandum contains 149 words, in compliance with the Local Rules.

STIPULATED MOTION TO DISMISS AND REMAND AND
[PROPOSED] ORDER
[2:26-cv-00290-TL] - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
253-428-3665

## ORDER

This matter is dismissed without prejudice and without fees or costs to either party. The case is remanded to United States Citizenship and Immigration Services ("USCIS"). USCIS agrees that it will issue a decision on Plaintiff's application for naturalization within 90 days after remand.

IT IS HEREBY ORDERED.


DATED this _____29th_____ day of _____May_____, 2026.


_____
TANA LIN
United States District Judge


STIPULATED MOTION TO DISMISS AND REMAND AND
[PROPOSED] ORDER
[2:26-cv-00290-TL] - 3

**UNITED STATES ATTORNEY**
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
253-428-3665